## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**HUNTER BROWN and**
**RONALD ALBRITTON,**

    **Plaintiffs,**

v.                                                        No. 22-cv-0116 KRS/SMV

**EOG RESOURCES, INC.,**

    **Defendant.**

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)      Plaintiff must file a motion to conditionally certify a collective action no later than **July 5, 2022**;

(2)      Defendants must respond within 14 days of service of the motion to conditionally certify, *see* D.N.M.LR-Civ. 7.4(a); and

(3)      Plaintiff may reply within 14 days of service of the response. *See* D.N.M.LR-Civ. 7.4(a).

**IT IS SO ORDERED.**

                                                                **STEPHAN M. VIDMAR**
                                                                 **United States Magistrate Judge**