IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HUNTER BROWN AND
RONALD ALBRITTON,
Individually and On Behalf of All
Others Similarly Situated,

        Plaintiffs,

v.

        Case No.: 2:22-CV-116 KG/DLM

EOG RESOURCES, INC.,

        Defendant.

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

On this day, the Court came to consider the Stipulation of Dismissal with Prejudiced filed by the Parties in the above-referenced action. Having found that the stipulation is in order and that Rule 41 of the Federal Rules of Civil Procedure has been satisfied, it is hereby

ORDERED that the Stipulation of Dismissal with Prejudice is granted and that all of the Plaintiffs Hunter Brown's and Ronald Albritton's claims against Defendant EOG Resources, Inc. are dismissed with prejudice.

ORDERED that the Court retains jurisdiction to enforce any settlement.

_____
UNITED STATES DISTRICT JUDGE